UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS ESCALONA RAMIREZ,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>                              Respondents. | Case No.:  26-CV-2525 JLS (VET)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 8) |

Presently before the Court is Petitioner Escalona Ramirez's Motion to File Documents Under Seal ("Mot.," ECF No. 8).  Petitioner seeks to file under seal Exhibit F to her Amended Petition, which contains her asylum application and information filed in support of the immigration judge's grant of asylum. Mot. at 1.  The Court finds that sealing the exhibit is appropriate, as it reveals sensitive information about Petitioner's asylum case, and courts routinely grant requests to seal such information.  *See Doe v. Becerra*, 787 F. Supp. 3d 1083, 1096 (E.D. Cal. 2025) (sealing similar information concerning an asylum application); *see also* 8 C.F.R. § 208.6 ("Information contained in or pertaining to any application for refugee admission, asylum, withholding of removal under section 241(b)(3) of the Act . . . shall not be disclosed without the written consent of the applicant . . . .").

Accordingly, the Court **GRANTS** Petitioner's Motion (ECF No. 8).  The Clerk of the Court **SHALL FILE** under seal the sealed lodged proposed document (ECF No. 9).

**IT IS SO ORDERED.**

Dated:  May 15, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

26-CV-2525 JLS (VET)